AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:18-CV-1343

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sharon Amezcua**
was received by me on *(date)* **02/08/2019**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Confirmation of signed FedEx Delivery, see attached exhibit.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/13/2018**

*M. Andrusak*
*Server's signature*

Michael Andrusak
*Printed name and title*

1635 N. Waterfront Pkwy., Suite 200
Wichita, KS 67206
*Server's address*

Additional information regarding attempted service, etc:





774414170497        

# Delivered
## Friday 2/08/2019 at 8:46 am

**DELIVERED**

Signed for by: S.HOLLY



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

Adams Jones Law Firm, P.A.
Michael Andrusak
1635 N. Waterfront Parkway
Suite 200
Wichita, KS US 67206
316 265-8591

**TO**

Sharon amezcua
SAN DIEGO, CA US 92123
316 265-8591

Ask FedEx



| | | |
|---|---|---|
| TRACKING NUMBER<br>774414170497 | SERVICE<br>FedEx 2Day | REFERENCE<br>5520.01 |
| WEIGHT<br>0.5 lbs / 0.23 kgs | SIGNATURE SERVICES<br>Direct signature required | DELIVERY ATTEMPTS<br>1 |
| DELIVERED TO<br>Receptionist/Front Desk | TOTAL PIECES<br>1 | TOTAL SHIPMENT WEIGHT<br>0.5 lbs / 0.23 kgs |
| TERMS<br>Shipper | SHIPPER REFERENCE<br>5520.01 | PACKAGING<br>FedEx Envelope |
| SPECIAL HANDLING SECTION<br>Deliver Weekday, Direct Signature Required | STANDARD TRANSIT<br>ⓘ<br>2/11/2019 by 4:30 pm | SHIP DATE<br>ⓘ<br>Thu 2/07/2019 |
| ACTUAL DELIVERY<br>Fri 2/08/2019 8:46 am | | |

Travel History                                                   Local Scan Time  ⌄

Expand History ⌄

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

Developer Resource Center

FedEx Cross Border

**LANGUAGE**

Change Country

English


Ask FedEx