**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| TATIANA HIRSU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  6:18-cv-1343 |
| | ) | |
| SOCIAL NETWORKING TECHNOLOGY | ) | |
| INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHARON AMEZCUA'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Sharon Amezcua ("Amezcua" or "Defendant"), and moves this Court, pursuant to Federal Rule of Civil Procedure Rule 12(b)(5), for an order dismissing Plaintiff's Complaint in its entirety against her.  The reasons for this motion are set forth in the contemporaneously filed Defendant's Memorandum in Support of her Motion to Dismiss Plaintiff's Complaint, which is incorporated by reference as if fully set forth herein.

WHEREFORE, Defendant Sharon Amezcua respectfully requests the Court dismiss Plaintiff's Complaint against her in its entirety, and award such other relief as the Court deems just and proper.

Respectfully submitted,

JACKSON LEWIS, P.C.

*/s/ James R. Ward*
James R. Ward, KS Bar #15924
Janelle L. Williams, KS Bar #25343
7101 College Boulevard, Suite 1200
Overland Park, Kansas 66210
Telephone: (913) 981-1018
Facsimile:   (913) 981-1019
James.Ward@jacksonlewis.com
Janelle.Williams@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above and foregoing was served electronically via the Court's CM/ECF filing system on this day, the 1st of March, 2019 on the following:

Michael R. Andrusak
Cody Branham
ADAMS JONES LAW FIRM, P.A.
1635 N. Waterfront Parkway, Suite 200
Wichita, Kansas 67206-6623
mandrusak@adamsjones.com
cbranham@adamsjones.com

David P. Eron
ERON LAW, P.A.
229 E. William, Suite 100
Wichita, Kansas 67202
david@eronlaw.com

ATTORNEYS FOR PLAINTIFF

*/s/ James R. Ward*
An Attorney for Defendant

4835-4974-0425, v. 1